# United States District Court

## CENTRAL DISTRICT OF ILLINOIS



Kelton C. Galmore )
)
Plaintiff )
)
vs. )
)
Jack Campbell )
Larry Beck )
Aaron Conard )
Virian Brown )
Brent Ferro )
Sangamon County Sheriff's office )
)
_____ )
_____, )
)
Defendant(s) )

FILED

JUN 07 2024

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Case No. _____
*(The case number will be assigned by the clerk)*

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

### COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☒ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: _____

☐ Unknown _____

---

*\*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

## I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: KELTON C. GALMORE

Prison Identification Number: _____

Current address: Sangamon Co. Detention Facility #1 Sheriff's plaza, Springfield, IL 62701

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: JACK CAMPBELL

Current Job Title: Sheriff, Sangamon County

Current Work Address: #1 Sheriff's plaza Springfield, Illinois 62701

Defendant #2:

Full Name: LARRY BECK

Current Job Title: Superintendent, Jail

Current Work Address: #1 Sheriff's plaza Springfield, Illinois 62701

Defendant #3:

Full Name: Aaron Conard

Current Job Title: _Lieutenant, correctional_

Current Work Address _#1 Sheriff's plaza_

_Springfield, Illinois 62701_

Defendant #4:

Full Name: _Vivian Brown_

Current Job Title: _Sergeant, correctional_

Current Work Address _#1 Sheriff's plaza_

_Springfield, IL 62701_

Defendant #5:

Full Name: _Brent Ferro_

Current Job Title: _Officer Correctional_

Current Work Address _#1 Sheriff's plaza_

_Springfield, Illinois 62701_

*For additional defendants, provide the information in the same format as above on a separate page.*

_See attached Additional Defendant_

### III. LITIGATION HISTORY

The "three strikes rule" bars a prisoner from bringing a civil action or appeal *in forma pauperis* in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?          Yes ☐          No ☒

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐          No ☒

3

# Addition Defendant

Defendant # 6
    Sangamon County Sheriff's Office
    (Municipality — Monell)

    #1 Sheriff's Plaza
    Springfield, Illinois 62701

C. If your answer to B is yes, how many? _____ Describe the lawsuit(s) below.

1. Name of Case, Court and Docket Number

   _____

2. Basic claim made _____

3. Disposition (That is, how did the case end?  Was the case dismissed?  Was it appealed?  Is it still

pending?) _____

*For additional cases, provide the above information in the same format on a separate page.*

## IV.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint.  However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?  Yes ☒  No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☒  No ☐

If your answer is no, explain why not _____

_____

C. Is the grievance process completed?  Yes ☒  No ☐

Between March 23 and May 7, 2024, plaintiff Galmore thrice raised, and was denied upon their merits, the following disciplinary practices lacking notices and hearings through the jail's electronic grievance system.

pg. 5

## Introduction

1.  The Defendants have instituted, participated or furthered a custom since at least 2018 of denying well established due process protections to pretrial detainees who face disciplinary segregation, monetary loss and excessive and arbitrary telephone restrictions beyond proscribed limits.

2.  Courts consider "any nontrivial punishment of a person not yet convicted a sufficient deprivation of liberty to entitle him to due process of law." Holly v. Woolfolk, 415 F.3d 678, 679 (7Th Cir. 2005); Rapier v. Harris, 172 F.3d 999, 1003 (7Th Cir. 1999); See Dilworth v. Adams, 841 F.3d 246, 253 (4Th Cir. 2016) (recognizing 3 days punitive segregation requires due process); Miller v. Fairman, 872 F.Supp. 498, 505 (N.D. Ill. 1995) (7 days punitive segregation; due process required).

3.  This complaint advances both supervisory liability against Sheriff Jack Campbell, Superintendent Larry Beck and Lieutenant Adron Conard (Supervisory Defendants) and Municipal liability against the Sangamon County Sheriff's Office (Municipal Defendant).

4.       The Supervisory Defendants are liable for promulgating, tolerating or failing to correct the Constitutionally infirm disciplinary Customs/practices. See Williams v. Smith, 781 F.2d 319, 324 (2nd Cir. 1986); Lewis v. Smith, 855 F.2d 736, 738 (11th 1988); King v. Higgins, 702 F.2d 18, 21 (1st Cir. 1983); Smith v. Rowe, 761 F.2d 360, 369 (7th Cir. 1985)

5.       Municipal (or Monell) liability is shown here through "widespread practices" that the Municipal Defendant SCSO has "acquiesced in an unconstitutional" due process deprivation. See Taylor v. Hughes, 26 F.4th 419, 435 (7th Cir. 2022); See also Potts v. Moreci, 2017 U.S. Dist. LEXIS 160599, #22-25, (N.D. Ill. 2017) (plaintiff created genuine issue of fact demonstrating Cook County Sheriff's Department had custom or widespread practice of denying disciplinary notice and hearings to detainees); Miller v. Fairman, 872 F. Supp. 498, 505 (N.D. Ill. 1995) (Eight disciplinary Charges lacking notice created genuine issue of fact regarding "permanent and well settled practice of not providing notice" for municipal liability)

pg. 7

# Factual Allegations

6.   The events herein took place at the Sangamon County Detention Facility, herein and hereforth "Jail."

## A.
Custom of Denying Notice and Hearing Before Punishing Rule Violaters (Violative Custom)

7.   Since at least 2018, many Jail detainees, and some recurrent detainees, have been found guilty and punished for rule violations.

8.   Those detainees found guilty and punished were not served with written notice of the allegations against them, nor afforded the opportunity to be heard (hearing) thereon before being found guilty and punished, usually in less than 24 hours of its reporting.

9.   These punishments imposed include excessive amounts of telephone and commissary restriction, monitary loss and punitive segregation.

pg. 8

Detainee Dayne Woods

10. Since 2018, pretrial detainee Dayne Woods has been found guilty and punished for over ninety-nine (49) alleged rule violations. [Exhibit A]

11. Those punishments imposed against Dayne Woods include excessive amounts of telephone and commissary restriction, monetary loss and punitive segregation. [Ex: A]

12. Dayne Woods was found guilty and punished without being served with written notice of the allegations against him before the finding of guilt in each, or the overwhelming majority of those 99 instances.

13. Dayne Woods was found guilty and punished without being afforded an opportunity to be heard (hearing) before the findings of guilt in each of those 99 instances.

pg. 9

Plaintiff Keltan C. Galmore

14. From March 2022 to the drafting hereof, Defendants Sgt. Vivian Brown and Officer Brent Ferro was the Classification Division Officers who conduct and handle the jails disciplinary proceedures for pretrial detainees

15. From March 2022 to the drafting hereof, Plaintiff Galmore has been sentenced to punishments by Defendants Brown and Ferro, via jail disciplinary proceedings, over 50 times.

16 Those sentences include (a) excessive and arbitrary disciplinary segregation periods, totaling a year or more in aggregation, (b) Monetary loss/conversions, and (c) excessive and arbitrary restrictions to telephone access. The term "excessive and arbitrary" is due, in part to those punishments having no rational or legitimate governmental purpose and exceeds proscribed limits under written jail rules and Illinois law. See 20 Ill. Admin. Code 701.160.

pg. 10

17.     In the overwhelming majority of these sentences, Defendants Brown and Ferro failed to provide plaintiff Galmore written notice of the allegations against him before being found guilty and punished.

18.     In the overwhelming majority of these disciplinary proceedings, Defendants Brown and Ferro failed to afford plaintiff Galmore a disciplinary hearing to contest the allegations against him before being found guilty and punished.

19.     In the overwhelming majority of these disciplinary proceedings, plaintiff Galmore was accused, found guilty and punished in less than 24 hours of the discovery of the alleged violations.

20.     In a number of these disciplinary proceedings, either Defendants Brown or Ferro simultaneously served as the (a) reporting witness, (b) fact-finder and punisher and (c) reviewing officer; all within a matter of less than 24 hours of discovery of the alleged rule violations. (See, e.g., Exhibit B and C)

pg. 11

21.       Between March 28 and May 7, 2024, Plaintiff Galmore thrice raised Defendants' violative disciplinary customs through internal grievances and appeals.

22.       Supervisory Defendant Lt. Aaron Conard personally responded denying the grievances and/or appeals on their merits. Despite Supervisory Defendant Conard's knowledge of the violative customs and ability to remedy the violations, he has failed to do so. That violative custom continues unabated.

## B.
## Widespread Practice So Permanent and Well Established to Constitute a Known Violative Custom of Failing to Provide Notice and Hearing Before Guilt/Punishment Phase

23.      Since at least 2018, the above described practice has been so customary within the SCSO that it has been taught to and handed down amongst different staff occupying the Classification Division (disciplinary committee); With John Kirby and Lieutenant Tracy Bergae predecessing current Classification members Defendant Srg. Vivian Brown and Brent Ferro.

24.      Since 2018, Scores of pretrial detainees have verbally complained and have lodged internal grievances complaining of the lack of advanced notice and hearing before being found guilty and excessively punished; yet the Violative Custom continues unabated. By design, those grievances were inadequately and improperly investigated, and the conduct was instead tolerated by the supervisory and municipal Defendants.

pg. 13

25.      Every year since at least 2018, Supervisory Defendants Sheriff Jack Cambell and Superindendant Larry Beck falsely represent to Illinois Department of Corrections Audit inspectors that notice and hearings are routinely afforded to detainees who face disciplinary infractions pursuant to 20 Ill. Admin. Code 701.160.

26.      From July 2023, pretrial detainee Jared M. Staake has lodged over nineteen(19) internal grievances/appeals complaining of the violative custom of denying notice and hearings in disciplinary proceedings; yet the violative custom continues unabated. By design, those grievances were inadequately and improperly investigated, and the conduct was instead tolerated by the Supervisory and Municipal Defendants.

27.      Since at least 2022, multiple pretrial detainees, including Dayne Woods and Jared M. Staake have lodged Citizen Complaints of the violative custom of denying notice and hearings in disciplinary proceedings. By design, those Citizen Complaints were inadequately and improperly investigated, and the conduct was

instead tolerated by the Supervisory and Municipal Defendants. That violative conduct continues unabated.

28. In Mid-August 2023, the Municipal Defendant SCSO served a Summons and civil rights Complaint upon their own employees, Defendants Srg. Vivian Brown and Brent Ferro in Staake V. Brown, et al., Sangamon Co. Cir. Ct. #23-MR-257. That suit Complained precisely of the violative practices and customs of denying notice and hearings in disciplinary proceedings. Despite that State suit notifying Supervisory Defendants Sheriff Jack Cambell and sup. Larry Beck of that violative custom, that custom continues unabated.

29. In September 2023, after conducting an in-person grievance hearing concerning the violative custom, third in command, Supervisory Defendant Aaron Conard denied Jared M. Staake's grievance complaining thereof; affirming and ratifying the violative custom.

30. In October 2023, Chief Deputy Anthony, in response to a citizen

pg. 15

Complaint regarding the Violative Custom,
"exhonorated" Defendants Brown and Ferro's
Custom of failing to afford notice and
hearings; affirming and radifying the Violative
Conduct. That Violative Custom Continues
Unabated.

31.        The duration, instances and ranking
staff involved, coupled With the continuance of
this Violative Custom after internal complaints,
grievances/appeals and service of a seperate lawsuit
Complaining of this violative custom, demonstrates
the existance and Knowledge of this Violative
Custom by Supervisory Defendants Sheriff
Cambell, Sup. Beck and Lt. A. Conard that
denying due process was and continues to be
Customary amongst their Classification
Division Staff, Defendants Vivian Brown
and Brent Ferro.

32.        Municipal Defendant SCSO, Supervisory
Defendants Sheriff Cambell, Sup. Beck and Lt. Conard's
tacit agreement, willful blind eye or failure to correct
the Known Violative custom of denying due process
was the moving force behind the Plaintiff's depri-
vations and exhibits a deliberate indifference
to Plaintiff's Due process rights.

pg. 16

RELIEF REQUESTED

(State what relief you want from the court.)

(a) injunctive and declaratory relief

(b) #75,000 compensatory #150,000 punitive and #1 nominal damages, jointly and severally against the Defendants;

(c) expungement of plaintiff's disciplinary Jacket;

(d) and any other relief this Court deems just and equitable.

JURY DEMAND        Yes ☒        No ☐

Signed this _3rd_ day of _June_ , 20 _24_ .

_Kelton Galmore_

( Signature of Plaintiff )

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Kelton C. Galmore | 132842 |
| Address: #1 Sheriff's Plaza Springfield, IL 62701 | Telephone Number: N/A |

pg. 17

State of Illinois
County of Sangamon

Exhibit A

Affidavit/Declaration

I, Dayne A. Woods, pursuant to 735 ILCS 5/1-109 or 28 USC 1746, declare under penalty of perjury that the following is true and correct:

1. I have been a pretrial detainee in the custody of the Sangamon County Sheriff's Office ("SCSO") in the Sangamon County Detention facility ("Jail") since early 2018 awaiting trial.

2. Since 2018, I have been officially punished for Jail rule violations, via Jail disciplinary proceedings, over one-hundred (100) times.

3. The imposed punishments for those alleged rule violations include sentences to (a) disciplinary/punitive segregation terms, (b) monitary loss/conversion, (c) excessive and arbitrary restrictions to telephone access, and (d) excessive and arbitrary restrictions to commissary access.

4. My use of the term "excessive and arbitrary" is due, in part, to those imposed punishments exceeding proscribed limits to punishments under Illinois Administrative Code (Ill. Admin. Code) and written Jail Rules. See 20 Ill. Admin. Code

5. In the overwhelming majority of those disciplinary convictions, I was never afforded

the opportunity to receive written notice of the allegations against me before being found guilty and punished.

6. The term "overwhelming majority" is because I cannot unequivocally recall if a written instrument reporting the allegations was given in an isolated incident or two before being found guilty.

7. At no time have I ever been afforded a disciplinary hearing to contest the allegations against me before being found guilty and sentenced to punishment in those referenced disciplinary proceedings.

8. Since 2018, I have repeatedly raised challenges to the propriety of this disciplinary custom through the inmate grievance system, Citizen Complaints, verbal complaints, and through telephone calls from my mother to the Administration officials of the Jail.

9. This violative custom continues as of the drafting of this Affidavit.

Under 28 USC 1746 and 735 ILCS 5/1-109, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforsaid that he varily believes the same to be true.

Date: Feb / 2 / 2024   /s/ Dayne Woods

NAME: Dayne A. Woods

Subscribed and Sworn before me this 2nd day of February, 2024

/s/ Lynn M Evans

Notary Public

OFFICIAL SEAL
LYNN M EVANS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/17/24

# Daxne Woods' Disciplinary History

Print Date/Time: 7/20/2022 8:53:28 AM

| Incident Date/Time | Incident Number | Disciplinary Action | Action Start Date | Action End Date |
|---|---|---|---|---|
| 5/13/2022 10:00:00 AM | 2022-00000939 | reclass | 5/13/2022 3:00:00 PM | |
| 5/13/2022 10:00:00 AM | 2022-00000939 | reclass | 5/13/2022 3:00:00 PM | |
| 4/22/2022 11:45:00 AM | 2022-00000937 | Disciplinary Seg Time | 4/22/2022 11:45:00 AM | 4/29/2022 11:45:00 AM |
| 4/9/2022 10:30:00 AM | 2022-00000931 | Disciplinary Seg Time | 4/8/2022 10:30:00 AM | 4/15/2022 10:30:00 AM |
| 1/28/2022 1:00:00 PM | 2022-00000217 | Verbal Warning | 1/28/2022 1:00:00 PM | |
| 1/21/2022 2:27:00 PM | 2022-00000160 | Verbal Warning | 1/21/2022 2:45:00 PM | |
| 1/18/2022 4:00:00 PM | 2022-00000132 | Phone Restriction | 1/19/2022 10:00:00 AM | 1/26/2022 10:00:00 PM |
| 8/11/2021 4:00:00 PM | 2022-00000132 | Phone Restriction | 1/26/2022 10:00:00 PM | 2/9/2022 10:00:00 PM |
| 8/19/2021 3:30:00 PM | 2021-00001770 | Disciplinary Seg Time | 10/20/2021 11:00:00 AM | 10/25/2021 11:00:00 AM |
| 8/3/2021 3:30:00 PM | 2021-00001770 | Disciplinary Seg Time | 10/15/2021 11:00:00 AM | 10/20/2021 11:00:00 AM |
| 6/17/2021 2:55:00 PM | 2021-00001617 | Phone Restriction | 6/17/2021 | 8/9/2021 |
| 6/17/2021 9:00:00 AM | 2021-00001214 | Disciplinary Seg Time | 7/12/2021 11:00:00 AM | 7/12/2021 11:00:00 AM |
| 6/17/2021 9:00:00 AM | 2021-00001214 | Disciplinary Seg Time | 8/6/2021 11:00:00 AM | 8/6/2021 11:00:00 AM |
| 6/17/2021 9:00:00 AM | 2021-00001214 | Disciplinary Seg Time | 9/25/2021 11:00:00 AM | 8/31/2021 11:00:00 AM |
| 6/17/2021 9:00:00 AM | 2021-00001214 | Disciplinary Seg Time | 8/31/2021 11:00:00 AM | 10/5/2021 11:00:00 AM |
| 6/17/2021 9:00:00 AM | 2021-00001214 | Disciplinary Seg Time | 10/5/2021 11:00:00 AM | 9/25/2021 11:00:00 AM |
| 3/16/2021 12:20:00 PM | 2021-00000448 | Commissary Restriction | 3/17/2021 7:00:00 AM | 3/31/2021 7:00:00 AM |
| 2/24/2021 1:25:00 PM | 2021-00000053 | Commissary Restriction | 2/25/2021 1:25:00 PM | 3/11/2021 1:25:00 PM |
| 1/7/2021 5:45:00 PM | 2020-00025209 | Commissary Restriction | 1/12/2021 5:45:00 PM | 1/13/2021 5:45:00 PM |
| 12/27/2020 4:30:00 AM | 2020-00001949 | Commissary Restriction | 12/28/2020 7:00:00 AM | 1/11/2021 7:00:00 AM |
| 10/7/2020 10:00:00 AM | 2020-00001216 | Verbal Warning | 10/7/2020 1:40:00 PM | |
| 8/28/2020 1:17:00 PM | 2020-00000863 | Phone Restriction | 8/28/2020 1:33:00 PM | 9/11/2020 1:33:00 PM |
| 5/16/2020 2:05:00 PM | 2020-00000970 | Phone Restriction | 5/18/2020 2:33:00 PM | 5/23/2020 2:33:00 PM |
| 4/30/2020 9:50:00 PM | 2020-00000795 | Take away next day time out. | 4/30/2020 9:50:00 PM | 5/1/2020 9:50:00 PM |
| 4/23/2020 2:05:00 AM | 2019-00002659 | Disciplinary Seg Time | 4/23/2020 3:35:00 PM | 5/23/2020 3:35:00 PM |
| 12/27/2019 9:00:00 AM | 2019-00002635 | Disciplinary Seg Time | 12/30/2019 4:23:00 PM | 1/2/2020 4:23:00 PM |
| 12/26/2019 9:00:00 AM | 2019-00002625 | Disciplinary Seg Time | 12/27/2019 11:41:00 AM | 12/31/2019 11:41:00 AM |
| 12/18/2019 2:45:00 PM | 2019-00002558 | Phone Restriction | 12/26/2019 4:30:00 PM | 12/23/2019 10:54:00 PM |
| 12/18/2019 2:00:00 PM | 2019-00002558 | Investigative Status | 12/19/2019 9:48:00 AM | 12/24/2019 9:48:00 AM |
| 11/14/2019 2:30:00 PM | 2019-00002303 | Investigative Status | 11/18/2019 9:48:00 AM | 11/18/2019 7:01:00 AM |
| 11/13/2019 5:30:00 PM | 2019-00002291 | Disciplinary Seg Time | 11/14/2019 3:06:00 AM | |
| 11/10/2019 11:00:00 PM | 2019-00002274 | Disciplinary Seg Time | 11/13/2019 1:01:00 AM | |
| 10/23/2019 8:54:00 PM | 2019-00002145 | Disciplinary Seg Time | 11/22/2019 10:30:00 PM | |
| 10/1/2019 10:01:00 PM | 2019-00002007 | Commissary Restriction | 10/23/2019 10:05:00 PM | |
| 8/28/2019 12:25:00 PM | 2019-00001740 | Disciplinary Seg Time | 10/1/2019 10:05:00 PM | 10/15/2019 10:05:00 PM |
| 8/5/2019 2:00:00 PM | 2019-00001550 | Disciplinary Seg Time | 8/28/2019 12:25:00 PM | 8/31/2019 12:25:00 PM |
| 8/1/2019 6:39:00 PM | 2019-00001508 | Disciplinary Seg Time | 8/12/2019 2:24:00 PM | 8/15/2019 2:24:00 PM |
| 8/1/2019 6:39:00 PM | 2019-00001423 | Take away next day time out. | 8/8/2019 9:10:00 PM | 8/12/2019 9:10:00 PM |
| 7/25/2019 3:30:00 PM | 2019-00001318 | Commissary Restriction | 8/2/2019 9:16:00 PM | 8/9/2019 9:16:00 PM |
| 7/24/2019 7:30:00 PM | 2019-00001066 | Disciplinary Seg Time | 8/11/2019 8:00:00 AM | 8/8/2019 8:00:00 AM |
| 7/9/2019 10:50:00 AM | 2019-00000991 | Disciplinary Seg Time | 7/24/2019 7:30:00 PM | 8/7/2019 7:30:00 PM |
| 6/5/2019 2:00:00 PM | 2019-00000764 | Commissary Restriction | 7/9/2019 2:00:00 PM | 7/15/2019 2:00:00 PM |
| 5/27/2019 9:15:00 PM | 2019-00000752 | Disciplinary Seg Time | 6/5/2019 2:00:00 PM | 6/10/2019 2:00:00 PM |
| 4/24/2019 7:00:00 PM | 2019-00000566 | Commissary Restriction | 5/27/2019 10:24:00 PM | 6/6/2019 10:24:00 PM |
| 4/23/2019 10:14:00 AM | 2019-00000503 | Verbal Warning | 4/24/2019 2:00:00 PM | 5/4/2019 2:00:00 PM |
| 3/25/2019 1:55:00 PM | 2019-00000054 | Gym Restriction | 4/23/2019 10:31:00 AM | 5/7/2019 10:31:00 AM |
| 3/14/2019 11:00:00 AM | 2019-00000054 | Phone Restriction | 3/25/2019 3:23:00 PM | |
| 1/7/2019 1:18:00 PM | 2018-00003127 | Commissary Restriction | 3/15/2019 | 3/20/2019 12:20:00 PM |
| 12/26/2018 3:15:00 PM | 2018-00003120 | Commissary Restriction | 1/8/2019 6:00:00 AM | 1/18/2019 6:00:00 AM |
| 12/25/2018 7:55:00 PM | 2018-00002752 | Commissary Restriction | 1/18/2019 6:00:00 AM | 1/18/2019 6:00:00 AM |
| 11/12/2018 9:30:00 AM | 2018-00002742 | Commissary Restriction | 1/13/2019 10:29:00 AM | 1/27/2019 10:29:00 AM |
| 11/11/2018 10:30:00 AM | | Verbal Warning | 12/30/2018 10:30:00 AM | 1/13/2019 10:31:00 AM |
| | | | 11/12/2018 10:52:00 AM | 11/26/2018 10:52:00 AM |
| | | | 11/11/2018 11:45:00 AM | |

Exhibit B-1

Exhibit B-4

| Date/Time | Record # | Restriction Type | Date/Time | Date/Time |
|---|---|---|---|---|
| 10/19/2018 10:50:00 AM | 2018-00002540 | Disciplinary Seg Time | 10/19/2018 1:25:00 PM | 10/26/2018 1:25:00 PM |
| 10/19/2018 10:50:00 AM | 2018-00002540 | Disciplinary Seg Time | 10/19/2018 1:25:00 PM | 10/26/2018 1:25:00 PM |
| 10/17/2018 9:00:00 AM | 2018-00002518 | Commissary Restriction | 10/17/2018 10:06:00 AM | 10/31/2018 10:06:00 AM |
| 10/14/2018 5:28:00 PM | 2018-00002497 | Restricted Visitations | 10/26/2018 9:00:00 AM | 11/5/2018 9:00:00 AM |
| 10/14/2018 5:28:00 PM | 2018-00002497 | Restricted Visitations | 10/14/2018 5:53:00 PM | 10/24/2018 5:53:00 PM |
| 10/14/2018 5:28:00 PM | 2018-00002497 | Restricted Visitations | 10/26/2018 9:00:00 AM | 11/5/2018 9:00:00 AM |
| 10/14/2018 5:28:00 PM | 2018-00002497 | Commissary Restriction | 10/19/2018 9:00:00 AM | 11/2/2018 9:00:00 AM |
| 10/12/2018 9:55:00 AM | 2018-00002480 | Restricted Visitations | 10/12/2018 9:45:00 AM | 10/26/2018 9:45:00 AM |
| 9/26/2018 9:55:00 AM | 2018-00002327 | Commissary Restriction | 9/26/2018 3:25:00 PM | 10/17/2018 3:25:00 PM |
| 9/19/2018 12:38:00 PM | 2018-00002246 | Commissary Restriction | 9/19/2018 12:51:00 PM | 10/19/2018 12:51:00 PM |
| 8/17/2018 9:04:00 PM | 2018-00001917 | Disciplinary Seg Time | 8/18/2018 8:00:00 AM | 8/25/2018 8:00:00 AM |
| 8/1/2018 3:00:00 PM | 2018-00001770 | Phone Restriction | 8/1/2018 5:11:00 PM | 8/6/2018 5:11:00 PM |
| 7/27/2018 11:07:00 PM | 2018-00001736 | Commissary Restriction | 7/28/2018 8:00:00 AM | 8/4/2018 8:00:00 AM |
| 7/25/2018 9:48:00 AM | 2018-00001717 | Phone Restriction | 7/25/2018 9:48:00 AM | 8/8/2018 9:48:00 AM |
| 7/25/2018 9:48:00 AM | 2018-00001717 | Commissary Restriction | 7/25/2018 9:48:00 AM | 8/8/2018 9:48:00 AM |
| 7/18/2018 8:03:00 PM | 2018-00001681 | Commissary Restriction | 7/30/2018 9:00:00 PM | 8/9/2018 9:00:00 PM |
| 7/16/2018 10:00:00 PM | 2018-00001673 | Commissary Restriction | 7/16/2018 10:31:00 PM | 7/30/2018 10:31:00 PM |
| 6/11/2018 4:30:00 PM | 2018-00001351 | Disciplinary Seg Time | 6/11/2018 4:00:00 PM |  |
| 6/8/2018 3:00:00 PM | 2018-00001330 | Disciplinary Seg Time | 6/8/2018 4:00:00 PM |  |
| 6/6/2018 3:00:00 PM | 2018-00001330 | Disciplinary Seg Time | 6/6/2018 10:06:00 PM | 6/9/2018 10:06:00 PM |
| 5/31/2018 1:30:00 AM | 2018-00001314 | Undetermined/Conversion | 5/31/2018 2:00:00 AM | 6/2/2018 9:00:00 AM |
| 5/22/2018 8:25:00 AM | 2018-00001260 | Disciplinary Seg Time | 5/23/2018 3:00:00 AM | 6/2/2018 9:00:00 AM |
| 5/22/2018 8:25:00 AM | 2018-00001173 | Disciplinary Seg Time | 5/23/2018 9:00:00 AM | 5/31/2018 2:45:00 PM |
| 5/20/2018 9:55:00 PM | 2018-00001173 | Restricted Visitations | 5/24/2018 2:45:00 PM | 5/29/2018 4:43:00 PM |
| 5/19/2018 4:43:00 PM | 2018-00001193 | Undetermined/Conversion | 5/19/2018 4:43:00 PM | 5/22/2018 8:35:00 AM |
|  | 2018-00001143 | Commissary Restriction | 5/15/2018 8:35:00 AM | 5/4/2018 8:04:00 PM |
| 5/7/2018 7:54:00 PM | 2018-00001055 | Commissary Restriction | 5/7/2018 8:04:00 PM | 5/4/2018 9:00:00 AM |
| 5/7/2018 7:54:00 PM | 2018-00001055 | Restricted Visitations | 5/1/2018 9:00:00 AM | 5/4/2018 9:00:00 AM |
| 4/29/2018 4:20:00 PM | 2018-00000987 | Disciplinary Seg Time | 5/4/2018 9:00:00 AM | 5/7/2018 9:00:00 AM |
| 4/29/2018 4:20:00 PM | 2018-00000987 | Disciplinary Seg Time | 5/7/2018 9:00:00 AM | 5/15/2018 8:35:00 AM |
| 4/29/2018 4:20:00 PM | 2018-00000944 | Commissary Restriction | 5/1/2018 8:35:00 AM | 5/1/2018 7:46:00 PM |
| 4/24/2018 8:35:00 AM | 2018-00000919 | Disciplinary Seg Time | 4/21/2018 7:46:00 PM | 5/1/2018 7:47:00 PM |
| 4/21/2018 7:19:00 PM | 2018-00000919 | Disciplinary Seg Time | 4/21/2018 3:00:00 PM | 4/28/2018 3:00:00 PM |
| 4/21/2018 7:19:00 PM | 2018-00000888 | Commissary Restriction | 4/15/2018 3:09:00 PM | 4/22/2018 3:09:00 PM |
| 4/18/2018 10:00:00 PM | 2018-00000819 | Commissary Restriction | 4/14/2018 3:00:00 PM | 4/14/2018 3:00:00 PM |
| 4/22/2018 2:43:00 PM | 2018-00000786 | Commissary Restriction | 4/17/2018 10:29:00 AM | 4/21/2018 10:29:00 AM |
| 4/17/2018 10:00:00 AM | 2018-00000768 | Commissary Restriction | 4/14/2018 10:29:00 AM | 4/14/2018 10:29:00 AM |
| 4/7/2018 10:29:00 AM | 2018-00000751 | Commissary Restriction | 4/15/2018 10:52:00 PM | 4/29/2018 10:52:00 PM |
| 4/4/2018 10:00:00 AM | 2018-00000735 | Commissary Restriction | 4/1/2018 10:22:00 PM | 4/9/2018 10:22:00 PM |
| 4/1/2018 1:35:00 PM | 2018-00000715 | Commissary Restriction | 4/4/2018 4:00:00 PM | 4/15/2018 4:00:00 PM |
| 3/29/2018 4:00:00 PM | 2018-00000691 | Commissary Restriction | 3/29/2018 9:15:00 PM | 4/5/2018 9:15:00 PM |
| 3/16/2018 1:43:00 PM | 2018-00000557 | Commissary Restriction | 3/16/2018 4:00:00 PM | 3/30/2018 4:00:00 PM |

Total Rows: 99

JT000

*Exhibit B*



# Incident Report

Incident: 2022-00002299



| | | |
|---|---|---|
| **Print Date/Time:** | 11/18/2022 17:22 | Sangamon Co Sheriff's Office |
| **Login ID:** | sg05223 | **ORI Number:**   IL0840000 |

## Details

| | | | |
|---|---|---|---|
| **Incident Type:** | Contraband - Major | **Reporting Officer:** | Brown |
| **Incident Date/Time:** | 11/18/2022 04:00 PM | **Reported Date/Time:** | 11/18/2022 05:10 PM |
| **Incident Location:** | | | |
| **Description:** | Hooch | | |

## Subjects

| Name | Subject Type | Booking Number | Charges |
|---|---|---|---|
| Galmore, Kelton Christopher | Offender | 2022-00000915 | N |

## Violations

| | | | | |
|---|---|---|---|---|
| **Seq Number:** 1 | **Violator:** | Galmore, Kelton Christopher | **Violation:** | .104 - Consume alcohol |
| **Location:** | | | **Requires Reclassification:** | N |
| **Seq Number:** 2 | **Violator:** | Galmore, Kelton Christopher | **Violation:** | .109 - Destroy Jail Property |
| **Location:** | | | **Requires Reclassification:** | N |

## Violation Discipline

| | | | |
|---|---|---|---|
| **Discipline Type:** Undetermined/ Conversion | **Start Date/Time:** 11/18/2022 04:00 PM | **End Date/Time:** | |
| **Violator:** Galmore, Kelton Christopher | **Event Type:** | **Disposition:** | **Officer:** Brown |
| **Comments:** | To be determined upon completion of any/all Security Offender time. | | |
| **Discipline Type:** Undetermined/ Conversion | **Start Date/Time:** 11/18/2022 04:00 PM | **End Date/Time:** | |
| **Violator:** Galmore, Kelton Christopher | **Event Type:** | **Disposition:** | **Officer:** Brown |
| **Comments:** | Charge cost of 1 blanket and 1 sheet from books | | |

## Narrative

| | | | |
|---|---|---|---|
| Signature: | | Date: | |
| Reviewed: | *By Brown* | Date: | 11/18/22 |
| Medical Notified: | _____ YES   X _____ NO | Date: | |
| Inmate Signature: | | Date: | |

*Exhibit C*




# Incident Report

Incident: 2023-00001130

| | |
|---|---|
| **Print Date/Time:** 06/14/2023 15:25 | Sangamon Co Sheriff's Office |
| **Login ID:** sg05223 | **ORI Number:** IL0840000 |

## Details

| | | | |
|---|---|---|---|
| **Incident Type:** | Contraband - Major | **Reporting Officer:** | Brown |
| **Incident Date/Time:** | 06/14/2023 11:30 AM | **Reported Date/Time:** | 06/14/2023 01:50 PM |
| **Incident Location:** | | | |
| **Description:** | Shake down of Kelton Galmores cell (L-7) | | |

## Violations

| | | | | | |
|---|---|---|---|---|---|
| **Seq Number:** | 1 | **Violator:** | Galmore, Kelton Christopher | **Violation:** | .108 - Contraband / Weapon |
| **Location:** | | | | **Requires Reclassification:** | N |
| **Seq Number:** | 2 | **Violator:** | Galmore, Kelton Christopher | **Violation:** | .109 - Destroy Jail Property |
| **Location:** | | | | **Requires Reclassification:** | N |
| **Seq Number:** | 3 | **Violator:** | Galmore, Kelton Christopher | **Violation:** | .022 - Message Trafficking |
| **Location:** | | | | **Requires Reclassification:** | N |
| **Seq Number:** | 4 | **Violator:** | Galmore, Kelton Christopher | **Violation:** | .013 - Abuse of Services |
| **Location:** | | | | **Requires Reclassification:** | N |
| **Seq Number:** | 5 | **Violator:** | Galmore, Kelton Christopher | **Violation:** | .013 - Abuse of Services |
| **Location:** | | | | **Requires Reclassification:** | N |

## Violation Discipline

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Discipline Type:** | Security Offender | **Start Date/Time:** | 08/29/2023 12:00 PM | **End Date/Time:** | 09/13/2023 12:00 PM | | |
| **Violator:** | Galmore, Kelton Christopher | **Event Type:** | | **Disposition:** | | **Officer:** | Brown |
| **Comments:** | | | | | | | |
| **Discipline Type:** | Undetermined/ Conversion | **Start Date/Time:** | 06/14/2023 11:30 AM | **End Date/Time:** | | | |
| **Violator:** | Galmore, Kelton Christopher | **Event Type:** | | **Disposition:** | | **Officer:** | Brown |
| **Comments:** | Charge from inmates account cost of replacement: 1 grey blanket; 1 blue sheet; 1 pair of uniform pants (black/white) | | | | | | |

## Narrative

| | | | |
|---|---|---|---|
| **Signature:** | _____ | **Date:** | _____ |
| **Reviewed:** | *SgtBrown* | **Date:** | 6/14/23 |
| **Medical Notified:** | _____ YES _____ NO | **Date:** | _____ |
| **Inmate Signature:** | _____ | **Date:** | _____ |

Kelto
Sangamon Co. Deten. Facility
#1 Sheriff's plaza
Springfield, FL 62701

Springfield, IL PGDC 692
WED 05 JUN 2024 PM

This Correspondence is
From an INMATE
At the Sangamon County Jail

United States District Court
Central District of Illinois
600 East Monroe Street
Springfield Illinois 62701

Privileged
Mail